JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL RESENDEZ,

                Petitioner,

                v.

JAMES ROBERTSON, Warden,

                Respondent.

Case No. 2:18-03801 ADS

JUDGMENT

      Pursuant to the Court's Memorandum Opinion and Order Dismissing Petition for Writ of Habeas Corpus, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.


DATED:  March 20, 2019             ___/s/Autumn D. Spaeth_____
                                    HONORABLE AUTUMN D. SPAETH
                                    United States District Judge